UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESIMEON BROOKS,

                Plaintiff,

        -against-

DOC/PAROLE,

                Defendants.

21-CV-8443 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff Lesimeon Brooks was incarcerated in Rikers Island when he filed this *pro se* complaint. According to the New York City Department of Correction website, however, Plaintiff has been released from custody. On July 27, 2021, mail sent by the Court to Plaintiff was returned as undeliverable.

    Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action *sua sponte* for failure to prosecute after notifying the plaintiff that it intends to do so. *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001); *see Fields v. Beem*, No. 13-CV-0005 (GTS/DEP), 2013 WL 3872834, at *2 (N.D.N.Y. July 24, 2013) ("A plaintiff is required to notify the Court when his address changes, and failure to do so is sufficient to justify dismissal of a plaintiff's complaint.") (collecting cases).

    The Court directs Plaintiff to update his address of record within 30 days of the date of this order. If Plaintiff fail to comply with this order, the Court will dismiss the action without prejudice for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.[1]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 29, 2021
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge

---

[1] Because Plaintiff has not updated his address, in all likelihood he will not receive the order by mail. If Plaintiff remains interested in litigating this case, it is his responsibility to find out the status of this case, which he can do by calling the Clerk's Office or visiting in person.